UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

KIMBERLY S. WARD,

      Plaintiff,

                        Case No. 4:04-cv-148

v.

                        Hon. Wendell A. Miles

COMMISSIONER OF SOCIAL
SECURITY,

      Defendant.

_____/

## JUDGMENT APPROVING
## MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

On November 10, 2005, United States Magistrate Judge Hugh W. Brenneman, Jr., issued a Report and Recommendation ("R & R") recommending that the Commissioner's decision be affirmed in this matter. Neither party has filed an objection to the R & R.

The court, having reviewed the R & R filed by the United States Magistrate Judge in this action and the relevant portions of the file, determines that the Magistrate Judge has made a thorough and accurate review of all appealable issues and agrees with the reasoning and recommended disposition contained in the R & R. Therefore, the court hereby approves and adopts the R & R as the decision of the court. The final decision of the Commissioner of Social Security is affirmed. Plaintiff's claim for Disability Insurance Benefits is denied.

IT IS SO ORDERED.

Dated: December 13, 2005                                                           /s/ Wendell A. Miles
                                                                                   Wendell A. Miles
                                                                                   Senior U.S. District Judge